IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 1 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SHU SEAN ZHENG | § | |
| and | § | |
| SANDWALK L.L.C. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-03-3826 |
| | § | |
| HOUSTON HAND AND UPPER, | § | JURY DEMANDED |
| EXTREMITY CENTER LLP, | § | |
| and | § | |
| MARCOS VINCENT MASSON, | § | |
| and | § | |
| MARK H. HENRY, | § | |
| and | § | |
| SEAN H. LUNDY | § | |
| | § | |
| Defendants. | § | |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLEADINGS

After considering Plaintiff Shu Sean Zheng and Sandwalk, L.L.C.'s motion for leave to amend their pleadings and file their First Amended Complaint, the court

GRANTS the motion.

SIGNED on ___May 10___, 2004.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Tim L. Burgess, P.C.
ATTORNEY IN CHARGE FOR
PLAINTIFFS SHU SEAN ZHENG
and SANDWALK L.L.C.

24